# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMY M. ONSAGER,<br><br>                Plaintiff,<br>v.<br><br>SHARON S. RICHARDSON<br>COMMUNITY HOSPICE INC.,<br><br>                Defendant. | Case No. 17-CV-683-JPS<br><br><br>**ORDER** |

On October 24, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #11). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge